UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

JAMIEL JOHNSON,
        Plaintiff,

v.                                  No. 2:16-cv-05287

JOHN N. PERSON,
        Defendant.

## O R D E R

**AND NOW,** this 30th day of March, 2018, upon consideration of Defendant's Motion to Dismiss, ECF No. 13, and Plaintiff's Motion for Sanctions, ECF No. 34, and for the reasons set forth in the Opinion issued this date, it is **ORDERED** that:

1. Defendant's Motion to Dismiss, ECF No. 13, is **GRANTED**;

2. The Amended Complaint is **DISMISSED** with prejudice. But Johnson's access to the court claim is dismissed without prejudice to him filing a new civil action in the event his murder conviction is invalidated;

3. Plaintiff's Motion for Sanctions, ECF No. 34, is **DENIED**;

4. The Clerk of Court shall **CLOSE** this case.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge