UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

JAMIEL JOHNSON,
        Plaintiff,

v.          No. 2:16-cv-05287

JOHN N. PERSON,
        Defendant.

# O R D E R

**AND NOW,** this 19th day of June, 2018, upon consideration of Plaintiff's Motion for Reconsideration, ECF No. 39, Plaintiff's Motion for Leave to Amend, ECF No. 40, and Plaintiff's Motion to be Furnished with Docketing Statement, ECF No. 41, and for the reasons set forth in the Opinion issued this date, it is **ORDERED** that:

1. Plaintiff's Motion for Reconsideration, ECF No. 39, is **DENIED**;

2. Plaintiff's Motion for Leave to Amend, ECF No. 40, is **DENIED**;

3. Plaintiff's Motion to be Furnished with a Docketing Statement and a Copy of Motion for Leave to Cure Defect in Pleadings, ECF No. 41, is **GRANTED**, such that the Clerk of Court is **DIRECTED** to send to Plaintiff: (a) a copy of the docket sheet; and (b) a copy of his Motion for Leave to Amend (ECF No. 40).

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge